UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **BRIANNA MCCRARY,**<br>  Plaintiff,<br><br>vs.<br><br>**GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive,**<br>  Defendant. | Civil Action No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### *I.  INTRODUCTION*

1.  This is an action for actual and statutory damages brought by plaintiff, Brianna McCrary, an individual consumer, against defendant GC Services Limited Partnership for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (hereinafter ''FDCPA''), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### *II.  JURISDICTION*

2.  Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1331 and 1337.  Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### *III.  PARTIES*

3.  Plaintiff, Brianna McCrary is a consumer, a natural person allegedly obligated to pay any debt, residing in Oakland County in the state of Michigan.

1

4. Defendant, GC Services Limited Partnership is a foreign limited partnership engaged in the business of collecting debt in this state with its principal place of business located at 6330 Gulfton Dr., Houston, Texas 77081.  The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone.  Defendant regularly attempts to collect consumer debts alleged to be due to another.  Defendant is a ''debt collector'' as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV.  FACTUAL ALLEGATIONS

6. Upon information and belief, within one year prior to the filing of this complaint, Defendant placed collection calls to Plaintiff, seeking and demanding payment for an alleged consumer debt owed under an account number.

7. The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

8. Upon information and belief, Defendant began contacting Plaintiff and placing collection calls to Plaintiff prior to April 27, 2012.

9. Upon information and belief, within one year preceding the date of this complaint, Defendant, threatened to garnish plaintiff's wages itself if she ever got a job, and to take her taxes, when it cannot do any of those things.

10. As a result of the acts alleged above, Plaintiff suffered emotional distress resulting in her feeling stressed, amongst other negative emotions.

## V.  CLAIM FOR RELIEF

11. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

12. Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

    (a) Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt; and

    (b) Defendant violated *§1692e(10)* of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt; and

    (c) Defendant violated *§1692e(2)(B)* of the FDCPA by falsely representing the services rendered or compensation which may be lawfully received by the Defendant for the collection of the alleged debt; and

    (d) Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that it did not intend to take.

13. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

14. As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiff Brianna McCrary for actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, Plaintiff Brianna McCrary respectfully requests that judgment be entered against defendant GC Services Limited Partnership, for the following:

    A. Actual damages.

    B. Statutory damages pursuant to 15 U.S.C. § 1692k.

    C. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

    D. For such other and further relief as the Court may deem just and proper.

DATED: September 06, 2012

RESPECTFULLY SUBMITTED,
By: /s/ Peter Cozmyk
Peter Cozmyk (OBN: 0078862)
Cozmyk Law Offices, LLC
6100 Oak Tree Blvd., Suite 200
Independence, OH 44131
pcozmyk@cozmyklaw.com
P: 877-570-4440
F: 216-672-5261

### *DEMAND FOR JURY TRIAL*

Please take notice that plaintiff, Brianna McCrary, demands trial by jury in this action.